IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **MICHEAL McCARRELL**<br><br>    Plaintiff<br><br>**v.**<br><br>**MICHAEL P. BETLEY**,<br><br>    Defendant. | Civil Action No.: JRR-23-2781 |

## [PROPOSED] ORDER

Having read and considered Plaintiff's Motion for Leave to File Second Amended Complaint, and any response thereto, it is this _____ day of _____, 2024, hereby,

**ORDERED**, that Plaintiff's Motion be and is hereby GRANTED. It is further,

**ORDERED**, that Plaintiff's Second Amended Complaint shall be deemed filed as of the date of Plaintiff's Motion for Leave to Amend, and that Defendant shall serve a response to the Second Amended Complaint within fourteen days of the date of this Order.

_____
Honorable Julie R. Rubin
United States District Judge